IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S ) | |
| OF LONDON as Subrogree of Consolidated ) | Civil Action No.: |
| Ass'n of The Birches at Foxon Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| LC MECHANICAL, llc, f/k/a L.C. ) | |
| MECHANICAL, LLC; L.C. MECHANICAL. ) | |
| LLC; and LUIS CORDEIRO, ) | |
| ) | |
| Defendants. ) | SEPTEMBER 7, 2023 |
| ) | |
| ) | |

## COMPLAINT

## PARTIES

1. The Plaintiff, Certain Underwriters at Lloyd's of London subscribing to policy #W30A41210101 ("Plaintiff") are foreign organizations and underwriters of insurance policies. Underwriters are comprised of a group of syndicates acting by and through their appointed active underwriters and with a principal place of business at 1 Lime Street, London, England, and authorized to write policies of insurance in the State of Connecticut, and for all relevant timeframes set forth herein, insured the real and personal property of Consolidated Ass'n of The Birches at Foxon Inc.

2. Plaintiff's insured, Consolidated Ass'n of The Birches at Foxon Inc. (the "Insured"), owned the real property located at 8 Birch Lane, in East Haven, Connecticut. At all

relevant times, Plaintiff issued a policy of insurance under policy #W30A41210101 (the "Policy") that insured the Insured's property.

3. Upon information and belief, Defendant LC Mechanical, llc f/k/a L.C. Mechanical, LLC, is a Connecticut company, with its principal place of business located at 15 Bittersweet Drive, East Hartford, CT, 06108. Upon information and belief, LC Mechanical, llc, is a successor company of L.C. Mechanical LLC, and was formed in January 2023.

4. Upon information and belief, Defendant L.C. MECHANICAL, LLC, was a Connecticut company, with its principal place of business located at 15 Bittersweet Drive, East Hartford, CT, 06108. Upon information and belief, L.C. Mechanical LLC was dissolved in January 2023 in order to form LC Mechanical llc.

5. Considering both Defendants L.C. Mechanical LLC and LC Mechanical llc are the same company with the same business address and principal agent, they will both be referring to collectively as "LC" in the remainder of this Complaint.

6. Upon information and belief, Defendant Luis Cordeiro ("Defendant Cordeiro" or collectively, "Defendants") is an individual residing at 15 Bittersweet Drive, East Hartford, CT,06108

## JURISDICTION AND VENUE

7. This Court has proper subject matter jurisdiction under 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000 and the parties are diverse.

8. Venue is proper is this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to this claim occurred in this jurisdiction.

## GENERAL ALLEGATIONS

9. The Plaintiff insures a 12-unit condominium complex that is located at 8 Birch Lane, in East Haven, Connecticut (the "Property").

10. This matter arises out of a fire that occurred at the Property on February 21, 2022 (the "Fire").

11. Upon information and belief, on the day of the Fire, the owner of Unit 8D, Linda Bongiovanni, hired a plumber, Defendant Cordeiro and/or Defendant LC to replace the hot water tank in 8D.

12. Defendant Cordeiro and/or LC replaced the hot water tank in 8D.

13. While replacing the hot water tank, Defendant Cordeiro and/or LC performed hot work adjacent to a combustible wall (the "Wall").

14. Defendant Cordeiro and/or LC failed to appropriately protect the Wall with a heat blanket or other fire prevention measures.

15. As a result of Defendant Cordeiro and/or LC's negligent work, combustible material inside the Wall ignited and the fire smoldered up the inside of the Wall.

16. A few hours after Defendant Cordeiro and/or LC left, the fire reached the attic space where it had enough oxygen to ignite and cause the Fire.

17. The Fire damaged the entirety of the building and caused physical damage, water intrusion, smoke, odor, and other damage throughout the Property requiring remediation.

18. The Insured suffered damages in excess of $1,000,000.00 as a result of the Fire.

19. As a result of these damages, the Insured made a claim to Plaintiff via a policy of insurance in effect at the time of the loss. Pursuant to the terms of the Policy, Plaintiff was

obligated to pay and did pay the Insured an amount in excess of $1,000,000.00 to remediate the damages due to the Fire.

20. As a result of the payments to the Insured and by operation of law and contract, the Plaintiff has become subrogated to the Insured's recovery rights against Defendants

## COUNT I – NEGLIGENCE VS. ALL DEFENDANTS

1-20. Plaintiff re-alleges and incorporates the allegations contained in Paragraphs 1 through 20, inclusive, as if herein set forth.

21. At all material times, Defendants owed a duty of due care, to perform plumbing services in a skillful, workmanlike, and prudent manner consistent with the standard of care in the industry to ensure that the Property was protected against fire.

22. Furthermore, Defendants owed a duty to complete the work in a safe manner and so as not to produce an unreasonable risk of fire damage.

23. Defendants, individually or by and through their agents and employees, breached their duties owed to the Insured by one or more of the following acts and omissions constituting negligence:

- a. Failing to conduct work in a skillful, workmanlike, prudent, and non-reckless manner so as to ensure that the Property would be protected from fire;

- b. Failing to complete an inspection following the completion of work for signs of fire or danger in general;

- c. Failing to properly delegate, hire, and/or supervise the workmanship and safety of the services delegated;

- d. Failing to comply with all applicable statutes, ordinances, regulations, and industry standards;

- e. Failing to take all necessary and reasonable precautions so as to prevent property damage to the Property;

f.  Failing to protect combustible walls with a heat blanket when performing heat work nearby; and

g.  Any other acts of negligence which may be determined through the process of discovery.

24. As a direct and proximate result of Defendants' negligence, the Insured sustained extensive damages.

25. As a result of these damages, the Insured made a claim under the policy issued to it by the Plaintiff, and under the policy terms, the Plaintiff issued payment to the Insured.

26. As a result of the payments to the Insured and by operation of law and contract, Plaintiff has become subrogated to the Insured's recovery rights against Defendants.

**WHEREFORE**, Plaintiff respectfully requests this Court to award it a judgment against Defendants for the loss as a result of its negligence, together with costs, attorney's fees and expenses, pre- and post-judgment interest, and any other relief this Court deems just and proper.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF,

By: _____
Derek E. Donnelly, Esq. #ct28922
Blackburn & Donnelly, LLC.
2 Concorde Way, P.O. Box 608
Windsor Locks, CT 06096
Ph. (860)-292-1116
Fax. (860)-292-1221
dd@sgblackburn.com

Of Counsel:

Evan J. Malinowski, Esq.
(PHV to be filed)
28411 Northwestern Hwy., Ste. 600
Southfield, MI 48034
Ph. (248)-549-3900
Fax. (248)-593-5808
emalinowski@dt-law.com

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Certain Underwriters at Lloyd's, London a/s/o Consolidated Ass'n of The Birches at Foxon, Inc

## DEFENDANTS
LC Mechanical, llc f/k/a L.C. Mechanical, LLC, L.C. Mechanical, LLC, and Luis Cordeiro

**(b)** County of Residence of First Listed Plaintiff: London
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Hartford
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Derek E. Donnelly, Esq. Blackburn & Donnelly, LLC, 2 Concorde Way, P.O. Box 608, Windsor Locks, CT 06096. Ph. (860)-292-1116

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [x] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [x] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/Exchange |
| | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/Accommodations / [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28:1332pd

Brief description of cause:
Defendants negligent work and failure to protect combustible walls caused extensive fire damage at the Insured's property.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** Excess of $75,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: 09/07/23

SIGNATURE OF ATTORNEY OF RECORD: *(signature)*

**FOR OFFICE USE ONLY**

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___