**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT<br>LLOYD'S OF LONDON | : | Civil Case No.: |
| | : | |
| Plaintiff | : | 3:23-CV-01184-AWT |
| | : | |
| v. | : | |
| | : | |
| LC MECHANICAL, LLC, ET AL | : | |
| | : | |
| Defendants | : | OCTOBER 11, 2023 |

**CORPORATE DISCLOSURE STATEMENT**
**OF LC MECHANICAL, LLC**

LC Mechanical, LLC, a non-governmental corporate party in the above-captioned matter, is incorporated in Connecticut and maintains a principal place of business located at 15 Bittersweet Drive in East Hartford, Connecticut. It has no parent corporation and publicly held corporation that owns more than 10% of its stock. It is owned solely by Luis Cordiero who resides in East Hartford, Connecticut.

                                                THE DEFENDANTS,
                                                LC MECHANICAL, LLC
                                                AND LUIS CODEIRO


BY:  */s/ Kirby G. Huget*_____
Kirby G. Huget
Federal Bar No:  ct00448
Law Offices of David J. Mathis
One Hartford Plaza
Hartford, CT 06155
Phone (860) 520-1650
Facsimile (877) 369-5791
Email: kirby.huget@thehartford.com

## **CERTIFICATION OF SERVICE**

      I hereby certify that on October 11, 2023, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Derek E Donnelly, Esq.
Blackburn & Donnelly, LLC
2 Concorde Way, Po Box 608
Windsor Locks, CT  06096
Email: dd@sgblackburn.com
*Counsel for Plaintiffs*

                                             */s/ Kirby G. Huget*_____
                                             Kirby G. Huget
                                             Federal Bar No:  ct00448
                                             Law Offices of David J. Mathis
                                             One Hartford Plaza
                                             Hartford, CT 06155
                                             Phone (860) 520-1650
                                             Facsimile (877) 369-5791
                                             Email: kirby.huget@thehartford.com